# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2025-3094
L.T. Case No. 2022-DP-000231

—————————————————

J.E.T., Father of J.L.T., a Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

—————————————————

On appeal from the Circuit Court for Marion County.
Stacy Morris Youmans, Judge.

Jeffrey M. Harper, Gainesville, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville,
for Appellee Department of Children and Families.

Leticia Mora, of St. Thomas University College of Law,
Appellate Litigation Clinic, Miami Gardens, and Sarah
Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division,
of Statewide Guardian ad Litem Office, Tallahassee, for
Appellee Guardian ad Litem.

April 2, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EISNAUGLE and MACIVER, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————